ROB BONTA
Attorney General of California
CHRISTOPHER H. FINDLEY
Supervising Deputy Attorney General
TERRENCE F. SHEEHY
Deputy Attorney General
State Bar No. 203986
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9545
  Fax:  (619) 645-2581
  E-mail:  Terrence.Sheehy@doj.ca.gov
*Attorneys for Defendants P. Covello, G. Menchaca, K. Grether, C. Cross, and L. Gervasoni*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANAND JON ALEXANDER,** | 3:20-cv-100-CAB-KSC |
| Plaintiff, | **DECLARATION OF DEFENDANT GABRIEL MENCHACA IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **RALPH DIAZ, Secretary of CDCR, MARCUS POLLARD Warden, Richard J. Donovan Correctional Facility, DANIEL PARAMO, former Warden, Richard J. Donovan Correctional Facility, E. RAMIREZ, Correctional Officer, and DOES 1-70,** | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   I, Gabriel Menchaca, declare,

2   1.   I am a Classification Staff Representative employed by the California

3   Department of Corrections and Rehabilitation (CDCR).  I am a Defendant in this

4   matter and I have personal knowledge of the facts stated herein, and if called as a

5   witness, would competently testify thereto.  I have been dealing with CDCR's

6   classification regulations and policies since 2015, and I have extensive knowledge

7   of those regulations and policies, and extensive experience in reviewing inmates'

8   files and case factors, and applying CDCR's classification regulations and policies,

9   in determining the appropriate facilities to which an inmate may be transferred to.

10   2.   Plaintiff in his opposition has not identified any evidence showing that I

11   or the other Defendants in this case knew or should have known that Inmate Rizzo

12   posed a specific threat of harm to Plaintiff.  There is nothing presented in Plaintiff's

13   evidence that shows that I or the other Defendants even knew who Plaintiff was, or

14   that we knew that Plaintiff was housed on Donovan's Level III Sensitive Needs

15   Yard (SNY) when the decision to transfer Inmate Rizzo there was made.  Rather,

16   Inmate Rizzo qualified for a behavioral override to Donovan's Level III SNY, and

17   there was nothing in the records to show that he could not be sent there.

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

2

3.     Plaintiff's statement on page 8, paragraph 14, of the Opposition that Inmate Rizzo was involved in a stabbing attempt on Inmate McCulley on September 26, 2018, while the two were housed in the Santa Ana County Jail, and before a behavioral override for Inmate Rizzo was requested, is not correct. (Opp'n, ECF No. 51 at p. 8, ¶ 14.)  This incident occurred before August 16, 2005, and not on September 26, 2018.  The true and accurate copy of the attached 128B chronos from Inmates Rizzo's and McCulley's ERMS files correctly reflects the date of that incident.

4.     Inmate Rizzo fundamentally met the criteria for a behavioral override (BEH) transfer to Donovan's Level III SNY based on the criteria outlined in the July 5, 2016 memorandum titled "UTILIZATION OF ADMINISTRATIVE DETERMINATES BASED UPON POSITIVE AND NEGATIVE INMATE BEHAVIOR AND INCREASED ACCESS TO REHABILITATIVE PROGRAMS."  (Pl.'s Ex., ECF No. 51-4 at pp. 149-151.)  Inmate Rizzo had renounced his affiliation with white supremacist groups in 2008, and had remained disciplinary free for three years at High Desert State Prison SNY before his transfer to Donovan's Level III SNY yard.  Inmate Rizzo's closest Rules Violation Report to the date I conducted my review was for fighting on September 28, 2015, and I reviewed his file and endorsed him to the Donovan Level III SNY on October 16, 2018.

5.     With regard to Inmate Rizzo's past negative behavior, Inmate Rizzo had been disciplinary free for three years while being housed with other sex offenders at High Desert State Prison SNY.  The July 5, 2016 memo relied upon in endorsing Inmate Rizzo to a lower level yard to obtain a greater opportunity for rehabilitative programs (ECF No. 51-4 at pp. 149-151) specifically states that an inmate must be disciplinary free for the preceding 12 months to consideration for a behavior override.  That memo sets forth the following criteria preventing an inmate from being endorsed to a lower level yard:

3

a.     "A guilty finding for a Security Housing Unit (SHU)-able Rules Violation Report (RVR) within the last 12 months of incarceration; all other serious disciplinary offenses shall require a case-by-case review".  Inmate Rizzo had no such rules violations within the 12 months preceding my October 2018 review, and the High Desert State Prison classification committee's September 2018 review of his file.  Rather, as shown, his most recent RVR was three years prior, on September 28, 2015.

b.     "A serious disciplinary violation with a Security Threat Group (STG) nexus."  Inmate Rizzo did not have a serious disciplinary violation with a STG nexus.  This is a specific designation that must be shown on the disciplinary forms by having that box checked.  Inmate Rizzo did not have that.  Furthermore, as explained, Inmate Rizzo had renounced his gang affiliation in 2008, and was a sensitive needs yard inmate since that time.

c.     "Currently assigned to Work Group (WG) C."  This was not applicable to Inmate Rizzo.

d.     "A mandatory minimum score factor which precludes administrative placement in the next lower facility security level."  This did not apply to Inmate Rizzo.  Under Title 15 of the California Code of Regulations, § CR 3375 and 3375.2, Inmate Rizzo could be housed on a Level III yard, provided he met the criteria in the July 5, 2016 memo, and there was nothing in that memo precluding Inmate Rizzo's placement on Donovan's Level III SNY.

e.     A Close Custody requirement which precludes administrative placement in the next lower facility security level.  This did not apply to Inmate Rizzo.

/ / /

/ / /

/ / /

/ / /

4

6.      Plaintiff's Opposition, and Mr. Esten's Declaration, incorrectly claim that that the exclusionary criteria in the July 2016 memo should have applied to Rizzo based on his "VIO" designation and negative behavior, notwithstanding that he took some poetry classes and renounced violence and his affiliation.  Rizzo participated in, and was a leader and facilitator for, Criminal and Gangmembers Anonymous (CGA) as noted in the attached CDCR 128Bs dated July 3, 10, and 29, 2017, and had many other "laudatory chronos" for good behavior.  I have access to Inmate Rizzo's ERMS files, and the copies of Inmate Rizzo's laudatory chronos are attached hereto are true and accurate copies found in his ERMS file with CDCR. This information, and Inmate Rizzo's three years being disciplinary free, were taken into consideration and should not be excluded from consideration.  Also, a VIO designation in and of itself is not an exclusionary factor.

7.      High Desert State Psion Level IV SNY houses inmates with similar case factors to the inmates on Donovan's Level III SNY, and those as Plaintiff's despite those inmates' lower classification scores.   Rizzo managed to positively program with such inmates on High Desert State Psion Level IV SNY for three years without incident.  It was therefore reasonable to conclude that Rizzo would not pose a "foreseeable" risk of harm to the inmates on Donovan's Level III SNY, and that Rizzo would benefit from increased rehabilitative programs on a Level III facility as well as being in closer proximity to his relatives who reside in Southern California, which is the specific intent of the July 5, 2016 memo:  "in order to exercise appropriate discretionary use of administrative determinants and expand inmate access to all rehabilitative programs, for those who have demonstrated positive programming staff shall consider all inmates during all classification committee reviews for placement into the next lower or higher facility security level in accordance with CCR, Title 15, Sections 3375 and 3375.2."  (ECF No. 51-4 at p. 149.)

/ / /

8.     Plaintiff was not susceptible to victimization by Inmate Rizzo based their classifications.  Plaintiff, too, is a violent offender with a "VIO" designation, the same as Rizzo.  Rizzo remained disciplinary-free with average or above average work history until his next annual review, his points would have dropped down to level III points.  All level II, III and IV SNY facilities within CDCR house violent offenders, sex offenders and gang dropouts.  As such, it would be virtually impossible to house any inmate on the same yard as Plaintiff if the standard where to be that a VIO designation creates a general threat of harm to other inmates.

9.     Mr. Esten's declaration states that a document filed with the Orange County Court in 2005 notes that Inmate Rizzo demonstrated his willingness to "follow orders" even if it means killing someone.  (ECF 51-2 at p. 4, ¶ 18.)  This information pertains to when Rizzo was still an active gang member, but, as stated, Inmate Rizzo renounced his affiliation with gangs and has been a SNY inmate **since 2008**.  This was significant in determining whether or not Inmate Rizzo qualified for a behavioral override transfer under the criteria set forth in the July 5, 2016 memo discussed above.

10.   Mr. Esten's declaration contains an additional inaccuracy.  (ECF 51-2 at p. 5, ¶ 21.)  He states that all life term inmates begin with a minimum classification score of 50.  This is not correct.  An inmate's initial classification score is generally determined by multiplying the inmate's sentence by a factor of two.  However, there are occasions where life term inmates begin with a classification score below 50 and occasionally below 36, which is considered level II.  This is specifically set forth in Title 15 of the California Code of Regulations, § CR 3375.3 (a)(3)(A), which instructs CDCR staff on how to arrive at the inmates' classification score:

/ / /

/ / /

/ / /

/ / /

6

G. Menchaca Decl. in Support of Defs.' Reply to Opp'n to Summ. J. (3:20-cv-100-CAB-KSC)

(A)  Presentence and post sentence credits shall not be subtracted from length of term.  A sentence of death or life without possibility of parole shall result in a maximum score of 50.  For sentences of 25 years-to-life for murder, the base term is 25 years.  For sentences under Penal Code section 667.7 with a term of life without parole for 20 years, the base term is 20 years.  For all other life sentences, the base term is 15 years.  Any enhancements or determinate terms for other counts or offenses to be served consecutive to a life term shall be added to the base term before calculation of the term score.

(B) **Enter term in whole years within the parentheses.**

    **1.**    **Multiply the number of years by two (2).**

    2.    Enter this value in Boxes 33–34.

    3.    Any single digit value is entered in the box to the far right.

    **4.**    **If the score is more than 50, then 50 shall be used as the final term score.**

11.  In the final analysis, Plaintiff attempts to craft an argument that there was a generalized threat of harm to Plaintiff by Inmate Rizzo's placement on the same Facility as Plaintiff.  But that is not true.  Plaintiff can point to no evidence showing that I or any of the other Defendants knew or reasonably should have known that Inmate Rizzo posed a specific threat of harm to Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this _27th_ day of January 2022, in San Luis Obispo, California.

G. MENCHACA

SD2020700509
83241291.docx

G. Menchaca Decl. in Support of Defs.' Reply to Opp'n to Summ. J. (3:20-cv-100-CAB-KSC)

# Exhibit A

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION      CDC 128 B (8-14)

**NAME: RIZZO, D.**                     **CDCR# V04967**                     **B2-203U**

On, 9/5/2018 during a review of SOMS Non-Confidential Separation Alerts, the following enemy situation was reviewed.

SOMS indicates that an enemy situation exists between inmate RIZZO V04967 and Inmate MCCULLEY V85684, per 128B dated, 8/16/2005, located in Inmate MCCULLEY's ERMS file. After review of the source document in MCCULLEY's file it is noted that an incident happened while house in the SANTA ANA County Jail (Stabbing attempt on Inmate McCulley by Skinhead and Southern Hispanic members). MCCULLEY further stated that a "Rat Jacket" was placed on him because of information he divulged about his crime partners. For these reasons MCCULLEY considers RIZZO an enemy.

This 128B will be the supporting documentation for the enemy situation for RIZZO's ERMS file and the Non-Confidential Separation alert.

L. Gervasoni
Correctional Counselor I,
High Desert State Prison

**DATE: 9/26/2018**

Original:          **ERMS File**

**ENEMY CHRONO**

CCII
Writer
Inmate

NAME and NUMBER   MCCULLEY , TYLER M.                    CDC-128-B Rev. 4/74

ON TUES 8.16.05 DURING THE PROCESS INTERVIEW MCCULLEY
STATED THAT HE WAS A SKIN HEAD GANG DROP OUT AND REQUESTED
AN SNY FACILITY. MCCULLEY STATED THAT THERE WAS A HIT PLACED
ON HIS LIFE DUE TO FAILING TO STAB HIS CELLMATE CHAD MITCHELL
WHO HE CONSIDERS A FRIEND AND WAS ALSO A SKIN HEAD MEMBER.
MCULLEY STATES THAT A STABBING ATTEMPT WAS MADE ON HIM
WHILE INCARCERATED AT SANTA ANA COUNTY JAIL. HE WAS MOVED
FROM C MOD TO J.MOD. DUE TO BEING ASSLTD BY SOUTHERN HISP.

DATE                                              GENERAL CHRONO

---

NAME and NUMBER                                    CDC-128-B Rev. 4/74

AND SKINHEAD MEMBERS. FURTHER HE CLAIMS A "RAT JACKET"
WAS PLACED ON HIM BECAUSE HE GAVE STATE EVIDENCE ON HIS
CRIME PARTNERS, HE IDENTIFIED THE FOLLOWING INMATES
BY NAME AGE AND COUNTY OF RESIDENCE: MIKE LAMB, AGE 31
O.C.; NICK RUZZO, AGE 35, OC.; BILLY JOHNSON; AGE 30 O.C. ATT-
EMPT TO LOCATE THEM THRU OBIS WAS UNSUCCESSFUL WITH THE
GIVEN INFORMATION. MAZZADONALD J17613 WAS LOCATED PER
OBIS. THE ABOVE INMATES WILL BE DOCUMENTED ON HIS 812.

DATE                                              GENERAL CHRONO

---

NAME and NUMBER                                    CDC-128-B Rev. 4/74

MCCULLEY ALSO REQUESTED THE SNY DUE TO HIS INSTANT
OFFENSE, P28SA(E)(2). DUE TO THE ABOVE INFORMATION SNY
WILL BETTER MEET THE NEEDS OF MCCULLEY. PER SANTA
ANA CO JAIL MCCULLEY WAS SEGREGATED FROM MAINLINE.
HE IS CURRENTLY HOUSED @ WSP-RC FIB5. MCCULLEY IS
AWARE THAT SNY PLACEMENT MAY IMPACT THE TIME SPENT @ WSP.RC.

                              CCI        WSP.RC

DATE 8.16.05                                      GENERAL CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC- 128-B (Rev. 4/74)

**Name and Number      RIZZO V04967, B2 203**

Mr. Rizzo co-facilitated an inmate led Victim Impact group held at High Desert State Prison on B Yard in 2017. Victim Impact is developed by the Department of Justice. He co-led the inmates through modules and discussions about how crimes have a rippling effect in the communities. From what I have observed, Mr. Rizzo, actively engaged inmate peers in meaningful introspection as he applied course curriculum. He is respectful to both inmates and staff and came prepared to facilitate the groups. He appears to live what he teaches and serves as a role model of a gentler CDCR to those that are seeking to reform their lives and perceptions in prosocial ways.

PERN # 100581

Orig:   ERMs
cc:     Writer
        Inmate

C. JENKINS, Senior Librarian
Self-help Sponsor

Date: July 12, 2018                  GENERAL CHRONO                                   HDSP

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS AND REHABILITATION | |
|---|---|---|---|---|---|
| NAME: | RIZZO | NUMBER: | V-04967 | HOUSING: | B2-203 |

THIS LAUDATORY CHRONO IS GENERATED ON BEHALF OF INMATE _____ *Rizzo* HONORING HIS COMMITMENT TO NON-VIOLENCE AND POSITIVE BEHAVIOR FOR AT-LEAST SIX-MONTHS DURING THE PERIOD OF **AUGUST 13, 2017 THROUGH FEBRUARY 13, 2018**. THIS BEHAVIORAL ACHEIVEMENT WAS IN KEEPING WITH THE FOLLOWING CONTRACT MADE BY INMATE _____ *Rizzo* _____ WITH HDSP ADMINISTRATION DURING THE PLEDGE OF PEACE CELEBRATION AND EVENT AUGUST 2017:

"I _____ *Rizzo* _____,
PLEDGE FROM HERE ON OUT TO CONDUCT MYSELF
IN A PEACEFUL MANNER,
TAKING INTO CONSIDERATION THE VALUE OF HUMAN LIFE, HEALTH, AN DIGNITY.
BY SIGNING THIS PLEDGE, I COMMIT MYSELF TO NON-VIOLENCE.
FURTHER, IN LIGHT
OF RECENT AND UNNECESSARY VIOLENT EVENTS IN THE UNITED STATES AND AROUND THE
WORLD.
I HAVE SPENT SIX (6) MONTHS FREE OF ALL RVR'S WHILE RELECTING
ON THE NECESSITY FOR PEACE
AND UNDERSTANDING
—AND THE TRUTH THAT ALL HUMAN LIFE HOLDS INTRINSIC VALUE".

_____ *M. E.* _____

M. E. SPEARMAN, WARDEN
HDSP

ORIG. WRITER
CC.   SOMS/ERMS
       INMATE

| DATE: 5/7/18 | LAUDATORY CHRONO: SPECIAL EVENT | 128.B GENERAL CHRONO |
|---|---|---|

# PLEDGE FOR PEACE

## FACILITATOR

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B (REV. 8-77)

| NAME and NUMBER: | Rizzo (V-04967) | HOUSING: | B2-203 |
|---|---|---|---|

DURING THE PERIOD OF: July 2016 – Sept. 2016 / march 2017 – May 2017

This laudatory chrono is generated on behalf Rizzo for recognition and participation in the Alternatives to Violence Project housing Unit rehabilitative program. Inmate Rizzo is learning from other inmates participating in the self-help groups on issues relating to conflict management skills, leading non-violent and peaceful lives, through affirmation, respect for all, community building, mutual cooperation, and trust. Inmate Rizzo shares his personal experiences of prior violent acts and the detrimental, destructive effects of those actions. His positive behavior and programming is an asset to HDSP and the inmate population. Inmate Rizzo should be commended for, and continue his positive productive programming.

Orig. C-File/ERMS
Cc: Inmate

J. Speers, Community Resource Manager
High Desert State Prison

Date: 1/21/18

**LAUDATORY CHRONO: Rehabilitation**

# PARTICIPANT

# ALTERNATIVES TO VIOLENCE PROJECT
# A.V.P.

| STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|
| | CDCR 128-B (REV. 8-77) |

| NAME and NUMBER | RIZZO  (V-04967) | HOUSING: | B2-203 |
|---|---|---|---|

## HOURS CREDIT IN VICTIM'S IMPACT REHABILITATION: 40 HOURS
DURING THE PERIOD OF JANUARY 1, 2017 THROUGH AUGUST 1, 2017.

This laudatory chrono is generated on behalf of **RIZZO** for recognition and participation in his role as **CHAIRMAN AND FACILITATOR**, and his dedication and hard work in bringing **VICTIM IMPACT** to H.D.S.P. for the first time in its 20+ year history.

Developed by the United States Department of Justice, the Victim Impact curriculum consists of 13 units, specifically designed to assist inmates understanding of the far reaching impact of crime on individuals, families, and communities. The following topics are covered: **property crime, assault, robbery, hate and bias, gang related crimes, sexual assault, child abuse and neglect, domestic violence, drunk and impaired driving, homicide, and making amends.**

As a facilitator I/m Rizzo not only worked to realize the impact of his crimes, but worked helping others recognize how to strengthen the communities that their crimes impacted adversely. The emphasis on positive programming benefits the inmate population. The inmate's commitment to greater self-awareness and putting that understanding into practice are commendable.

Orig. C-File/ERMS
Cc:  Inmate

C. Jenkins, Self-Help Sponsor
High Desert State Prison

11/13/17

Date:  October 20, 2017

### LAUDATORY CHRONO: Rehabilitation

### FACILITATOR CHRONO

# VICTIM'S IMPACT

| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|---|
| | | CDCR 128-B (REV. 8-77) |
| NAME and NUMBER | RIZZO   (V-O4967) | HOUSING: | B2-203 |

This laudatory chrono is generated on behalf of **RIZZO** for recognition and participation in the facility B Pledge of Peace Inmate Rizzo donated $20.00 dollars to the organization Place 4 Grace, and sponsored 2 other inmates for the Pledge of Peace. This Pledge is a contract inmate's sign in which they promise to stay disciplinary free and peaceful for the next six months. Inmate Rizzo in his role as editor of the High Desert newspaper also interviewed the Place 4 Grace representatives, the Warden, and others for his article in the newspaper. This inmate should be commended for his continuous effort towards rehabilitation and productive programming.

_____
M. E. Spearman, Warden
High Desert State Prison

Orig. C-File/ERMS
Cc:   Inmate

_____
J. Speers, Community Resource Manager
High Desert State Prison

Date:   October 19, 2017

**LAUDATORY CHRONO: Rehabilitation/Special Event**

## PLEDGE OF PEACE
## SPONSORED BY C.G.A.

NAME: Rizzo, V04967          HOUSING: B2-203          CDC 128-B (Rev.7/2005)

Inmate **Rizzo, V04967** is participating in **CRIMINALS and GANGMEMBERS ANONYMOUS (CGA)** program and has attended **13 of 13** regularly scheduled meeting during the **1st and 2nd quarter of 2017.** During his attendance inmate Rizzo has served as **Facilitator.** You are commended for your voluntary participation in **CGA.**

This inmate is learning from the **CGA 12-STEP PROGRAM** materials and assisting other inmates participating in the group on issues relating to his past criminal and/or gang mindset and activities. This **12-STEP SELF-HELP REHABILITATION PROGRAM** is for all criminals who are addicted to a lifestyle involving illegal activity. This inmate shares his personal experiences establishing insight into the causative factors of his self-destructive behavior, warped belief system, lack of spirituality, and character defects through the **CGA 12-STEP WORKSHOPS. CGA** provides a network of support in recovery inside the prison setting and after care upon re-entry within the community. His positive behavior and programming is an asset to HDSP and the inmate population. This inmate should be commended for his continuous effort towards rehabilitation and productive programming.


Y.MEDVEDEVA                M. HARROD                  M. SPEARMAN
CGA Sponsor                CGA Sponsor                Warden
High Desert State Prison   High Desert State Prison   High Desert State Prion


Orig: C-File

CC: Inmate


Date 7/29/2017                     CGA Group                          General Chrono

# CRIMINALS AND GANGMEMBERS ANONYMOUS

This certificate is awarded to

Dominic Rizzo V-04967

For his leadership and service in The Criminals and Ganagmembers Anonymous Recovery Group. The sharing of his knowledge and experience has been a valuable asset to young men looking to change their lives by teaching and implementing the CGA twelve step program. The CGA Conference Approved Literature has been very useful in changing a destructive pattern of past criminal and gang behavior, thinking, and lifestyle. His contribution and dedication toward curbing a violent lifestyle shows his desire and willingness to help the community he lives in and the greater community of California. This demonstrates his understanding and insight into the effects of past criminal and gang involvement. This certificate acknowledges him as being a leader and his contribution towards rehabilitating men who re-enter society.

R. Smith, Correctional Officer
High Desert State Prison
CGA Sponsor

E. Monk, Correctional Officer
High Desert State Prison
CGA Sponsor

M. Spearman, Warden
High Desert State Prison

| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS AND REHABILITATION | |
|---|---|---|---|
| | | CDCR 128-B (REV. 8-77) | |
| NAME and NUMBER | RIZZO  # V-04967 | HOUSING: | B2-203 |

This certificate is hereby awarded to **DOMINIC RIZZO # V-04967** for his leadership and service in the Criminals and Gangmembers Anonymous Recovery Group. The sharing of his knowledge and experience has been a valuable asset to young men looking to change their lives by teaching and implementing the CGA twelve step program. The Conference Approved CGA literature has been very useful in changing a destructive pattern of past criminal and gang behavior, thinking, and lifestyle. His contribution and dedication toward curbing a violent lifestyle shows his desire and willingness to help the community he lives in and the greater community of California. This shows his understanding and insight into the effects of past criminal and gang involvement. This certificate acknowledges him as being a leader and his contribution towards rehabilitating men who re-enter society.

Orig. C-File/ERMS

Cc:    Inmate

Sponsors:  C/O R. Smith, C/O E. Monk

M.E. Spearman, Warden

HDSP Facility B HDSP

DATE: 7-3-2017          LAUDATORY CHRONO: C.G.A.

# FACILITATOR

## CRIMINALS & GANGMEMBERS ANONYMOUS

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B (REV.8-77)

| NAME and NUMBER: RIZZO, V-04967 | HOUSING: B4 - 209 |
|---|---|

This laudatory chrono is generated on behalf of inmate RIZZO for recognition and participation in the HDSP Facility B Introduction to Criminals and Gangmembers Anonymous (C.G.A.) weekly Support Group Workshops conducted within the Housing Unit for the period of: July / , 2016 – March 31st, 2017 *(and is currently participating).* Inmate RIZZO is learning from the C.G.A. 12-Step program materials on issues relating to his past criminal and/or gang mindset and activities. Inmate RIZZO shares his personal experiences establishing insight into the causative factors of his self-destructive behavior, warped belief system, lack of spirituality, and character defects through the introductory C.G.A. 12-step workshop. His positive behavior and programming is an asset to HDSP and the inmate population. Inmate RIZZO should be commended for, and shall continue, his positive productive programming.

Orig. C-File/ERMS
Cc:  Writer
      Inmate

_____
E.A. Beck, Community Resource Manager
High Desert State Prison

| DATE: 6|7|17 | LAUDATORY CHRONO: C.G.A. | GENERAL CHRONO HDSP |
|---|---|---|
| | Introduction to Criminals & Gangmembers Anonymous | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS & REHABILITATION
CDC 128-B (8-87)

## NAME & NUMBER:  RIZZO, DOMINIC          CDCR:  V04967          B4-209

Facility B Library at High Desert State Prison recently held a "Poetry Contest." This chrono is to acknowledge that inmate RIZZO was a participant and submitted two poems that received Honorable Mention.    Inmate RIZZO also participated in a poetry reading as part of the contest. Inmate RIZZO should continue to participate in activities that are positive and rewarding throughout his life.

**Orig:   Central File**
   **cc:   Inmate**
          **Writer**

**C. DAVIS, LTA**
**Facility B Law Library**
**High Desert State Prison IV**

DATE:  January 19, 2017          GENERAL CHRONO          HDSP

| STATE OF CALIFORNIA | | | DEPARTMENT of CORRECTIONS AND REHABILITATION |
| --- | --- | --- | --- |
| | | | CDCR 128-B (REV.8-77) |
| NAME and NUMBER | Rizzo (V-04967) | HOUSING: | B4-209 |

This laudatory chrono  is on behalf of inmate **Rizzo** for recognition and participation in the **Alcoholics Anonymous & Narcotics Anonymous** housing Unit Support Group. Inmate **Rizzo** has been working the 12 – Steps of the traditional **AA/NA** program as a **Facilitator** from **March 03 – October 31, 2016**. These program are conducted in the housing unit Dayrooms every Thursday evening from 1900 – 2000 hours. Inmate **Rizzo** should be commended for his diligent efforts in availing himself of all HDSP's rehabilitative programs and continue his positive programming.

Orig. C-File/ERMS
Cc:    Writer
         Inmate

E. A. Beck, Community Resource Manager
High Desert State Prison

DATE: December 13, 2016

**LAUDATORY CHRONO: AA/NA**    GENERAL CHRONO HDSP

# FACILITATOR

Alcoholics Anonymous & Narcotics Anonymous

CDCR-128-B (Rev. 4/74)

**NAME: RIZZO**          **CDCR NUMBER: V04967**          **BUILDING/CELL: B2-203**

The above listed inmate has satisfactorily completed the 20 Hour Basic Course in Nonviolent Conflict Resolution under the sponsorship of the Alternatives to Violence Project (AVP) California. Per CCR Title 15 Section 3043, if the above listed inmate is eligible for milestone credits, Pursuant to Penal Code section 2933.05, the inmate shall be awarded one week of Milestone Credits for the completion of this course.

T. FOSS
Chief Deputy Warden
High Desert State Prison

Original: Central File
CC:       Writer
          Inmate

**Date:  10/27/2016      AVP PARTICIPATION – MILESTONE CREDITS          GENERAL CHRONO**

B4-2094

State of California

Department of Corrections and Rehabilitation
CDC-128B Rev 1/15

RIZZO, DOMINIC - #V04967 - YARD: B

The above individual successfully completed no less than 12 weekly meetings and daily writing assignments in a group and self-study format. The intense self-improvement course requires the development of insight through the learning of Cognitive and Behavioral Tools for positive Decision Making and encouraged pro-social peer interactions and support. The course they completed is the GOGI GROUP CERTIFICATE COURSE.

Original: Central File
    CC: CRM
        Inmate

DATE: September 25, 2016      GETTING OUT BY GOING IN

CRM or authorized institution
staff signature



# GOGI Education Course Completion Certificate

The recipient of this award is acknowledged by Getting Out by Going In (GOGI) for the successful completion of the GOGI GROUP CERTIFICATE PROGRAM which required self-study as well as weekly group meetings for no less than 12 weeks.

## *DOMINIC RIZZO, #V04967*

September 25, 2016

Date of Issue

GOGI Founder
Dr. ML "Coach" Taylor

23

STATE OF CALIFORNIA

**NAME and NUMBER:**     Rizzo V04967

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B (REV. 8-77)

**HOUSING:**   B4-209

This laudatory chrono is generated on behalf of inmate, **Rizzo**, for recognition and participation in the HDSP Facility B Alternatives To Violence Project (AVP) weekly support groups conducted in the Facility B Housing Unit for the month of **February 03 – May 03, 2016.** Inmate **Rizzo** is learning from other inmates participating in the self-help groups on issues relating to conflict management skills, leading non-violent and peaceful lives, through affirmation, respect for all, community building, mutual cooperation, and trust. Inmate **Rizzo** shares his personal experiences of prior violent acts and the detrimental, destructive effects of those actions. This positive behavior and programming is an asset to HDSP and the inmate population. Inmate **Rizzo** should be commended for, and continue, his positive productive programming.

Org. C-File/ERMS
Cc:   Writer
        Inmate

E. A. Beck, Community Resource Manager
High Desert State Prison

DATE: 8/4/16          **[LAUDATORY CHRONO AVP Support Group Participant]**          GENERAL CHRONO HDSP

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF CALIFORNIA

NAME and NUMBER:     Rizzo  (V-04967)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B (REV. 8-77)

HOUSING:  B4-209

This laudatory chrono is generated on behalf of inmate, Rizzo, for recognition and participation in the HDSP Facility B Introduction to Criminals and Gangmembers Anonymous weekly Support Group Workshops conducted in the Facility B Housing Unit for the months of **February 26, 2016 through May 26, 2016.** Inmate Rizzo is learning from the CGA 12 step program materials and other inmates participating in the self-help group on issues relating to his past criminal and/or gang mindset and activities. Inmate Rizzo shares his personal experiences establishing insight into the causative factors of his self-destructive behavior, warped belief system, lack of spirituality, and character defects through the introductory CGA 12 step workshop. This positive behavior and programming is an asset to HDSP and the inmate population. Inmate Rizzo should be commended for, and continue, his positive productive programming.

Org. C-File/ERMS
Cc:  Writer
     Inmate

E. A. Beck, Community Resource Manager
High Desert State Prison

DATE: **7/20/16**          **[LAUDATORY CHRONO Introduction To CGA]**          **GENERAL CHRONO HDSP**

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B (REV. 8-77)

**NAME and NUMBER:** Rizzo V-04967

**HOUSING:** B4-209

This laudatory chrono is generated on behalf of inmate, **Rizzo,** for recognition and participation in the HDSP Facility B Introduction to Criminals and Gangmembers Anonymous weekly Support Group Workshops conducted in the Facility B Housing Unit for the months of November 2015 through January 2016. . Inmate Johnson, C. is learning from the CGA 12 step program materials and other inmates participating in the self-help group on issues relating to his past criminal and/or gang mindset and activities. Inmate Johnson, C. shares his personal experiences establishing insight into the causative factors of his self-destructive behavior, warped belief system, lack of spirituality, and character defects through the introductory CGA 12 step workshop. This positive behavior and programming is an asset to HDSP and the inmate population. Inmate Johnson, C. should be commended for, and continue, his positive productive programming.

Org. C-File/ERMS
Cc: Writer
Inmate

R.Gamberg,Lieutenant Facility B
High Desert State Prison

**DATE: 3/24/16**        [LAUDATORY CHRONO Introduction To CGA]        GENERAL CHRONO HDSP

26

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF CALIFORNIA

**NAME and NUMBER:**  Rizzo, V-04967

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 128-B (REV. 8-77)

**HOUSING:**  B3-148

This laudatory chrono is generated on behalf of inmate, Rizzo, for recognition and participation in the HDSP Facility B Lifer's Support Group weekly workshops conducted in the Facility B Housing Unit for the month of October 2015. Inmate Rizzo is learning from other life term inmates participating in the self-help group on issues relating to parole board matters, i.e. remorse, insight, parole plans, empathy, obtaining support letters, etc. Inmate Rizzo shares his personal experiences establishing insight into the causative factors of self-destructive behavior leading up to his criminal behavior, the direct and indirect affects of his criminal acts, remorse/amends, personal understanding of empathy, and is learning the absolute necessity of positively programming by remaining disciplinary free and making positive social decisions. This positive behavior and programming is an asset to HDSP and the inmate population. Inmate Rizzo should be commended for, and continue, his positive productive programming.

Org. C-File/ERMS
Cc: Writer
    Inmate

**E.A. BECK**, Community Partnership Manager
High Desert State Prison

**DATE:11/3/15**     **[LAUDATORY CHRONO LIFER'S SUPPORT GROUP]**     **GENERAL CHRONO HDSP**

## CERTIFICATE OF SERVICE

Case Name:   **A. Alexander v. R. Diaz, et al.**     Case No.   **3:20-cv-100-CAB-KSC**

I hereby certify that on <u>January 31, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DECLARATION OF DEFENDANT GABRIEL MENCHACA IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 31, 2022</u>, at San Diego, California.

| | |
|---|---|
| C. Ramirez | *C. Ramirez* |
| Declarant | Signature |

SD2020700509
83246532.docx